1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID TAYLOR,                              No.  2:25-cv-2329-DC-CKD (PS)

12              Plaintiff,

13         v.                                    FINDINGS AND RECOMMENDATIONS

14    PLACER COUNTY, et al.,

15              Defendants.

16

17         Plaintiff David Taylor filed a pro se complaint and the matter was referred to the

18    undersigned by Local Rule 302(c)(21) pursuant to 28 U.S.C. § 636(b). On September 15, 2025,

19    the undersigned found the complaint failed to state a claim and dismissed the complaint with

20    leave to amend. (ECF No. 5.) The undersigned ordered that plaintiff was to file any amended

21    complaint within 30 days of the date of that order. (Id. at 3.) Plaintiff was specifically cautioned

22    that failure to file an amended complaint or otherwise respond to the order would result in a

23    recommendation that this action be dismissed. The time granted for plaintiff to file an amended

24    complaint has expired. Plaintiff has not filed an amended complaint, sought an extension of time

25    to do so, or otherwise communicated with the court.

26         In recommending this action be dismissed for failure to prosecute, the undersigned has

27    considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to

28    manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring

                                              1

1    disposition of cases on their merits; and (5) the availability of less drastic alternatives." <u>Ferdik v.</u>

2    <u>Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). This case cannot proceed

3    without plaintiff's participation. Because plaintiff has not stated a claim for relief and has not

4    responded to the court's order granting leave to file an amended complaint, these factors weigh in

5    favor of dismissal of the case at this time.

6         Based on the foregoing, IT IS RECOMMENDED that this action be dismissed for failure

7    to prosecute. <u>See</u> Fed. R. Civ. P. 41(b).

8         These findings and recommendations are submitted to the United States District Judge

9    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

10   after being served with these findings and recommendations, plaintiff may file written objections

11   with the court and serve a copy on all parties. Such a document should be captioned "Objections

12   to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file

13   objections within the specified time may waive the right to appeal the District Court's order.

14   <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

15   Dated:  November 19, 2025

16   _____
                              CAROLYN K. DELANEY
17                            UNITED STATES MAGISTRATE JUDGE

18

19   8 tayl25cv2329.fta.fr

20

21

22

23

24

25

26

27

28

2