UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID TAYLOR,

      Plaintiff,

    v.

PLACER COUNTY, et al.,

      Defendants.

No. 2:25-cv-02329-DC-CKD (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 6)

Plaintiff David Taylor proceeding *pro se*, filed this action against Defendants seeking relief under 42 U.S.C. § 1983. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 15, 2025, the assigned magistrate judge screened Plaintiff's complaint and found the complaint did not state a claim upon which relief can be granted. (Doc. No. 5.) The magistrate judge dismissed Plaintiff's complaint with leave to amend and provided Plaintiff thirty (30) days to file an amended complaint. (*Id*. at 3.) The magistrate judge cautioned Plaintiff that failure to file an amended complaint or otherwise respond to the order would result in a recommendation that the action be dismissed. (*Id*.) Plaintiff did not respond to the magistrate judge's order or file an amended complaint.

Accordingly, on November 19, 2025, the magistrate judge issued findings and recommendations recommending this action be dismissed for failure to prosecute. (Doc. No. 6.)

1

The findings and recommendations were served upon Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 2.) Plaintiff has not filed any objections and the time in which to do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 19, 2025 (Doc. No. 6) are ADOPTED IN FULL;

2. This action is dismissed for failure to prosecute; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 29, 2026**

_____
Dena Coggins
United States District Judge

---

[1] The service copy of the pending findings and recommendations, which was mailed to Plaintiff at his address of record was returned to the court on November 24, 2025. Pursuant to Local Rule 183, Plaintiff was required to file a notice of his change of address with the court by no later than January 2, 2026, and he did not do so.

2